Commonwealth *v.* McGee, Appellant.

Argued April 8, 1974. *Stephen P. Swem,* Trial Defender, with him *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Louis R. Paulick,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Nicklas, Appellant.

Argued April 9, 1974. *Lee A. Montgomery,* with him *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe & Montgomery,* for appellant; *Robert F. Hawk,* Assistant District Attorney, with him *John H. Brydon,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.